No. 06-15-00086-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/14/2015 2:59:58 PM
DEBBIE AUTREY
Clerk

IN THE Sixth COURT OF APPEALS

OF TEXAS


At Texarkana

**Samuel Moses Williams**

APPELLANT

vs.

**The State of Texas**

APPELLEE

_____


**MOTION TO WITHDRAW**

_____

Comes now Charles E. Perry, attorney for the Appellant Samuel Moses Williams and moves the above Appellant Court for an order allowing him to withdraw for the reason that he had filed an *Anders Brief* in the above styled and numbered case as he had reviewed the record in said case an finds no error in which to reverse the case. Charles E. Perry now files the instant motion so that the Appellant can file a brief pro se or have other counsel for error that might give him relief. A letter, copy of the *Anders Brief* along with Clerks Record and Trial Record have been sent to the Appellant at his place of incarceration.

/s/  Charles E. Perry